IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RETIREMENT COMMITTEE OF DAK AMERICAS LLC, as Plan Administrator of the DAK Americas LLC Pension Plan, et al., ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 7:14-CV-36-FL |
| v. ) ) ) | |
| DAVID W. ALLEN, et al., ) ) | |
| Defendants. ) ) | |

## AMENDED
## CONSENT ORDER FOR PRELIMINARY INJUNCTION

Plaintiffs Retirement Committee of DAK Americas LLC (the "Committee"), as Plan Administrator of the DAK Americas LLC Pension Plan (the "Plan"), and Transamerica Retirement Solutions Corporation ("Transamerica") (collectively, "Plaintiffs"), and Defendants Mark Stephen Brewer, Harold E. Corbett, Warren Albert Garrison, James F. Holland, William Lacey Nelson, Sidney Hugh Rhodes, and Jimmie Ray Sellers, and David W. Allen, Joseph Alexander Bellamy, Jerome Bryant, Kelvin L. Galloway, Mendell W. Smith, Otella Irene Webb, Michael Lynn Bass, and Rodney B. Smith (collectively, "Consenting Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1. Plaintiffs filed this action against David W. Allen, Michael Lynn Bass, Joseph Alexander Bellamy, Mark Stephen Brewer, Jerome Bryant, Harold E. Corbett, Kelvin L. Galloway, Warren Albert Garrison, James F. Holland, William Lacey Nelson, Sidney Hugh Rhodes, Jimmie Ray Sellers, Mendell W. Smith, Rodney B. Smith, and Otella Irene Webb (collectively, "Defendants") on February 20, 2014, seeking to recover certain pension benefit

overpayments that Plaintiffs allege were erroneously distributed to Defendants.  *See* Dkt. 1.  The amounts in question are listed on Exhibit 1 to this Order under the column titled "Lump Sum Overpayment Amount."  The amounts are also listed on Exhibit 2 to the Complaint under the column titled "Lump Sum Overpayment Amount."  *See* Dkt. 1-2.

2. Plaintiffs also filed a motion for preliminary injunction, seeking a preliminary injunction imposing a constructive trust and/or equitable lien over all monies allegedly erroneously paid to Defendants and enjoining Defendants from spending, transferring, or otherwise disposing of such monies.  *See* Dkt. 6.

3. Each Consenting Defendant is currently holding the amount of the alleged overpayment in an eligible retirement plan, account, or annuity.

4. Consenting Defendants deny that any monies are owed to Plaintiffs.

5. Plaintiffs and Consenting Defendants have consented to the entry of this preliminary injunction pending final resolution of this matter.

6. Nothing contained in this Consent Order shall be deemed to have waived any rights, remedies, or defenses of any party.  This Consent Order is being entered solely for purposes of judicial economy and efficiency.

7. Because Plaintiffs and Consenting Defendants have consented to this Order, inquiry into the likelihood of success on the merits, irreparable harm, public interest, and any balancing of the hardships is not necessary at this time.

Until further order of this Court, **IT IS ORDERED THAT**

1. Pending final resolution of this matter, each Consenting Defendant is enjoined from spending, transferring, disposing of, or otherwise diminishing the monies that Plaintiffs claim were erroneously distributed to Consenting Defendants.  The amounts in question in this

action and that are subject to this Consent Order are listed on Exhibit 1 of this Order under the column titled "Lump Sum Overpayment Amount" and Exhibit 2 to the Complaint under the column titled "Lump Sum Overpayment Amount."  *See* Dkt. 1-2.

2. Nothing in this Consent Order shall limit or restrict the Consenting Defendants from making investment changes within the Consenting Defendants investment accounts wherein the amounts in question in this action are currently being held, except that Consenting Defendants shall make no changes that diminish the monies that Plaintiffs claim were erroneously distributed to Consenting Defendants.

3. This Consent Order shall become effective upon entry by the Court.

**IT IS SO STIPULATED AND AGREED**, this 24th day of March, 2014.

| | |
|---|---|
| /s/J. Scott Flowers | /s/Thomas S. Babel |
| J. Scott Flowers (State Bar No. 31525) | Thomas S. Babel (State Bar. No. 35004) |
| Sarah D. Miranda (State Bar No. 29354) | WARD AND SMITH, P.A. |
| HUTCHENS LAW FIRM | Post Office Box 7068 |
| 4317 Ramsey Street | Wilmington, NC 28406 |
| Fayetteville, NC 28311 | Phone: (910)794-4839 |
| Phone: (910) 864-6888 | Fax: (910)794-4877 |
| Fax: (910) 864-6848 | tsb@wardandsmith.com |
| scott.flowers@hskplaw.com | *Counsel for Consenting Defendants Mark* |
| sarah.miranda@hskplaw.com | *Steven Brewer, Harold E. Corbett, Warrant* |
| | *Albert Garrison, James F. Holland, William* |
| William J. Delany | *Lacey Nelson, Sidney Hugh Rhodes, and* |
| MORGAN, LEWIS & BOCKIUS LLP | *Jimmie Ray Sellers* |
| 1701 Market Street | |
| Philadelphia, PA 19103 | /s/ H. Mitchell Baker, III |
| Phone: (215) 963-5066 | H. Mitchell Baker, III (State Bar No. 6990) |
| Fax: (215) 963-5000 | BAKER & SLAUGHTER, P.A. |
| wdelany@morganlewis.com | 705 Princess Street |
| *Counsel for Plaintiffs* | Wilmington, NC 28401 |
| | Telephone: (910) 762-3000 |
| | Facsimile: (910) 763-1139 |
| | mbaker@bakerandslaughter.com |
| | *Counsel for Consenting Defendants David W.* |
| | *Allen, Joseph Alexander Bellamy, Jerome* |
| | *Bryant, Kelvin L. Galloway, Mendell W. Smith,* |
| | *and Otella Irene Webb* |

/s/W. Cory Reiss
W. Cory Reiss (State Bar No. 41549)
SHIPMAN & WRIGHT, LLP
575 Military Cutoff Road
Wilmington, NC 28405
Phone: (910) 762-1990
Fax: (910) 762-6752
creiss@shipmanlaw.com
*Counsel for Defendant Rodney B. Smith*

/s/ H. Scott Overholt
H. Scott Overholt (State Bar No. 18462)
Post Office Box 1288
Wilmington, NC  28402-1288
Telephone:     (910) 798-5900
Facsimile:     (910)799-8496
Email/ Scott@overholtlaw.com
*Counsel for Defendant Michael Lynn Bass*

/s/ Michael S. Davenport
Michael S. Davenport (State Bar No. 23956)
2505 South College Road
Wilmington, North Carolina 28412
Telephone/ (910) 362-9500
Facsimile/ (910) 799-8496
Email/ msd@mdavenportlaw.com
*Counsel for Defendant Michael Lynn Bass*

**IT IS SO ORDERED**, this 24th day of March, 2014.

_____
The Honorable Louise Wood Flanagan
U.S.D.J.