IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO. 7:14-cv-00036-FL

| | |
|---|---|
| RETIREMENT COMMITTEE OF DAK AMERICAS LLC, AS PLAN ADMINISTRATOR OF THE DAK AMERICAS LLC PENSION PLAN, AND TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION,<br>             Plaintiffs<br><br>v.<br><br>DAVID W. ALLEN, MICHAEL LYNN BASS, JOSEPH ALEXANDER BELLAMY, MARK STEPHEN BREWER, JEROME BRYANT, HAROLD E. CORBETT, KELVIN L. GALLOWAY, WARREN ALBERT GARRISON, JAMES F. HOLLAND, WILLIAM LACEY NELSON, SIDNEY HUGH RHODES, JIMMIE RAY SELLERS, MENDELL W. SMITH, RODNEY B. SMITH, AND OTELLA IRENE WEBB,<br>             Defendants | ORDER |

THIS CAUSE COMING ON TO BE HEARD, and being heard, before the undersigned United States District Court Judge presiding, upon Defendants Mark Stephen Brewer, Harold E. Corbett, Warren Albert Garrison, James F. Holland, William Lacey Nelson, Sidney Hughes Rhodes and Jimmie Ray Sellers' Motion to Determine Moot or to Stay Plaintiffs' Motion to Dismiss.

After considering the aforementioned Motion of Defendants, the matters referenced therein, and having reviewed the record and Court file, the Court enters the following Order:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

Defendants Mark Stephen Brewer, Harold E. Corbett, Warren Albert Garrison, James F. Holland, William Lacey Nelson, Sidney Hughes Rhodes and Jimmie Ray Sellers' Motion to Determine Moot or to Stay Plaintiffs' Motion to Dismiss shall be, and the same is hereby, GRANTED and Plaintiffs' Motion to Dismiss for Failure to State a Claim shall be deemed moot, and Defendants Mark Stephen Brewer, Harold E. Corbett, Warren Albert Garrison, James F. Holland, William Lacey Nelson, Sidney Hughes Rhodes and Jimmie Ray Sellers shall not be required to file a responsive memorandum. ```
The clerk is directed
 to terminate the motion to dismiss (DE 72).
```
SO ORDERED and signed this the 18th day of July, 2014.

_____
Louise W. Flanagan
United States District Court Judge Presiding