IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-36-FL

| | | |
|---|---|---|
| RETIREMENT COMMITTEE OF DAK AMERICAS LLC, as Plan Administrator of the DAK Americas LLC Pension Plan; and TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| DAVID W. ALLEN, MICHAEL LYNN BASS, JOSEPH ALEXANDER BELLAMY, MARK STEPHEN BREWER, JEROME BRYANT, HAROLD E. CORBETT, KELVIN L. GALLOWAY, WARREN ALBERT GARRISON, JAMES F. HOLLAND, WILLIAM LACEY NELSON, SIDNEY HUGH RHODES, JIMMIE RAY SELLERS, MENDELL W. SMITH, RODNEY B. SMITH, and OTELLA IRENE WEBB, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiffs' motion to dismiss (DE 70), pursuant to Federal Rule of Civil Procedure 12(b)(6), the counterclaim filed by defendants Jerome Bryant, Mendell W. Smith, and Otella Irene Webb, filed May 2, 2014 (DE 57). Said defendants subsequently filed an amended counterclaim, and plaintiffs filed an answer to the amended counterclaim on July 17, 2014. Thereafter, said defendants filed a second amended counterclaim on September 4, 2014, and plaintiffs filed a motion to dismiss the second amended counterclaim on September 18, 2014 (DE 103), which motion remains pending. Accordingly, the court DISMISSES

AS MOOT plaintiffs' motion (DE 70) to dismiss the original counterclaim by defendants Jerome Bryant, Mendell W. Smith, and Otella Irene Webb.

SO ORDERED, this the 17th day of March, 2015.

*[signature]*
_____
LOUISE W. FLANAGAN
United States District Judge