UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RETIREMENT COMMITTEE OF DAK | ) | |
| AMERICAS, LLC, as Plan Administrator of | ) | |
| the DAK Americas LLC Pension Plan and | ) | |
| TRANSAMERICA RETIREMENT SOLUTIONS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:14-CV-36-FL |
| RODNEY B. SMITH; OTELLA IRENE WEBB; | ) | |
| JEROME BRYANT; MARK STEPHEN | ) | |
| BREWER; JOSEPH ALEXANDER BELLAMY; | ) | |
| WARREN ALBERT GARRISON; JIMMIE RAY | ) | |
| SELLERS; KELVIN L. GALLOWAY; | ) | |
| MENDELL W. SMITH; DAVID W. ALLEN; | ) | |
| SIDNEY HUGH RHODES; MICHAEL LYNN | ) | |
| BASS; JAMES F. HOLLAND; WILLIAM | ) | |
| LACEY NELSON; and HAROLD E. CORBETT, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 29, 2015, and for the reasons set forth more specifically therein, that plaintiffs' first motion for summary judgment is granted in part and denied in part as moot; plaintiffs' second motion for summary judgment is granted; and, the defendants' motions for summary judgment are denied.

**This Judgment Filed and Entered on September 29, 2015, and Copies To:**
Marianne Hogan; Sarah Dees Miranda; William J. Delany; James Scott Flowers; William Cory Reiss; H. Mitchell Baker, III; Michael L. Miller; Thomas S. Babel; H. Scott Overholt; and Michael S. Davenport (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 29, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| |  /s/ Christa N. Baker              |
| | (By) Christa N. Baker, Deputy Clerk |