UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RETIREMENT COMMITTEE OF DAK AMERICAS, LLC, as Plan Administrator of the DAK Americas LLC Pension Plan and TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **AMENDED JUDGMENT** No. 7:14-CV-36-FL |
| RODNEY B. SMITH; OTELLA IRENE WEBB; JEROME BRYANT; MARK STEPHEN BREWER; JOSEPH ALEXANDER BELLAMY; WARREN ALBERT GARRISON; JIMMIE RAY SELLERS; KELVIN L. GALLOWAY; MENDELL W. SMITH; DAVID W. ALLEN; SIDNEY HUGH RHODES; MICHAEL LYNN BASS; JAMES F. HOLLAND; WILLIAM LACEY NELSON; and HAROLD E. CORBETT, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's orders entered September 29, 2015 and May 9, 2016, and for the reasons set forth more specifically therein, that:

- Plaintiffs' first motion for summary judgment is granted in part and denied in part as moot;
- Plaintiffs' second motion for summary judgment is granted;
- Defendants' motions for summary judgment are denied;
- Plaintiffs' motion to amend judgment is granted in part and denied in part;
- Defendants' request for certain post-judgment relief, construed as a motion, is denied;
- Plaintiffs' motion for attorney's' fees is denied; and,
- Plaintiffs' motion for costs and defendants' motion for disallowance of costs are granted in part and denied in part.

Accordingly, the following defendants must pay to **the DAK Americas LLC** the amended judgment amounts specified below, which include prejudgment interest. Postjudgment interest is due on such amounts, per 28 U.S.C. § 1961(a), from the date of the original judgment, September 29, 2015, to the date of satisfaction of the judgment.

| **Defendant** | **Amended Judgment Amount** |
|---|---|
| Mark Stephen Brewer | $171,546.71 |
| Harold E. Corbett | $99,821.83 |
| Warren Albert Garrison | $217,102.70 |
| James F. Holland | $158,031.96 |
| William Lacey Nelson | $59,269.76 |
| Sidney Hughes Rhodes | $194,281.26 |
| Jimmie Ray Sellers | $143,226.47 |
| Rodney B. Smith | $192,359.25 |
| **Total** | **$1,235,642.43** |

Furthermore, where the court allows in part plaintiffs' request for costs, costs are TAXED according to the following table:

| **Defendant** | **Costs Taxed** |
|---|---|
| David W. Allen | $258.08 |
| Michael Lynn Bass | $1083.09 |
| Joseph Alexander Bellamy | $558.08 |
| Jerome Bryant | $258.09 |
| Kelvin L. Galloway | $258.09 |
| Mendell W. Smith | $258.08 |
| Otella Irene Webb | $258.09 |
| Mark Stephen Brewer | $558.08 |
| Harold E. Corbett | $258.09 |

| Warren Albert Garrison | $258.08 |
|---|---|
| James F. Holland | $258.08 |
| William Lacey Nelson | $258.09 |
| Sidney Hugh Rhodes | $558.08 |
| Jimmie Ray Sellers | $258.09 |
| Rodney B. Smith | $258.09 |
| **Total** | **$5,596.28** |

**This Judgment Filed and Entered on May 9, 2016, and Copies To:**
Marianne Hogan; Sarah Dees Miranda; William J. Delany; James Scott Flowers; William Cory Reiss; H. Mitchell Baker, III; Michael L. Miller; Thomas S. Babel; H. Scott Overholt; and Michael S. Davenport (via CM/ECF Notice of Electronic Filing)

May 9, 2016          JULIE RICHARDS JOHNSTON, CLERK
                           /s/ Christa N. Baker
                     (By) Christa N. Baker, Deputy Clerk